IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WADIE ISSAWI and HANAN ISSAWI, )
)
    Plaintiffs, )
)
v. ) Case No. 3:17-cv-532-JPG-DGW
)
AMERICAN EDUCATION SERVICES and )
SHELLY K. BOWMAN, )
)
    Defendants. )

**ORDER**

**WILKERSON, Magistrate Judge:**

Now pending before the Court is the "motion to disqualify two of the opposing counsel for conflict of interest" filed by Plaintiffs on August 31, 2017 (Doc. 23). The Motion is **DENIED**.

Plaintiffs are again cautioned that any document filed with the Court must be signed in accordance with Federal Rule of Civil Procedure 11. It is insufficient to merely type names at the bottom of a motion: there must be a signature attesting that the representations are based on their knowledge or belief and made after a reasonable inquiry. Any future motions or documents filed that are not signed run the risk of being stricken.

Plaintiffs seek to disqualify defense counsel for perceived insults and slights which Plaintiffs describe as discrimination and a violation of their "human rights." As the Court explained at the Scheduling Conference, while Plaintiffs may believe that they are being insulted, the errors pointed out in their pleadings are just that, innocuous errors. These typographical errors are not grounds for disqualifying an attorney. As to Plaintiffs' contention that they are being "verbally abused, discriminated against, treated like we were criminals, made fun of, given dirty looks, called names . . . ," these accusations are again made in the context of typographical

errors. They are not grounds for disqualifying opposing counsel nor are they examples of unethical conduct. Plaintiffs are simply overreacting. As indicated at the Scheduling Conference, Plaintiffs should focus their efforts and energy on the underlying claims in this case and refrain from focusing on tangential matters. Filing such frivolous motions as this can only delay these proceedings.

**DATED: September 5, 2017**

/s/ Donald Wilkerson

**DONALD G. WILKERSON**
**United States Magistrate Judge**