IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WADIE ISSAWI and HANAN ISSAWI, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 3:17-cv-532-JPG-DGW |
| ) | |
| AMERICAN EDUCATION SERVICES and ) | |
| SHELLY K. BOWMAN, ) | |
| ) | |
| Defendants. ) | |

## ORDER

**WILKERSON, Magistrate Judge:**

Now pending before the Court is the "motion to change Magistrate Judge Assignment" filed by Plaintiffs on August 14, 2017 (Doc. 19). The Motion is **GRANTED IN PART**.

As explained to Plaintiffs at the Scheduling Conference, this matter is assigned to both a District Court Judge (J. Phil Gilbert) and a Magistrate Judge (the undersigned). There has been no "reassignment" of Judges. Plaintiffs have informed the Court that it is difficult for them to travel to the East St. Louis Courthouse for hearings because of their health, their business, and because they have minor children. They indicate that it is easier to travel to the Benton Courthouse because it is closer to their home. A matter may be transferred, at the discretion of the Court, for the convenience of parties and in the interests of justice. 28 U.S.C. § 1404(a) and (b). It would be more convenient for Plaintiffs, who are proceeding *pro se*, to litigate this matter closer to their home. Accordingly, the Clerk of Court is **DIRECTED** to transfer this matter to a Magistrate Judge sitting in Benton, Illinois.

**DATED: September 5, 2017**

**DONALD G. WILKERSON**
**United States Magistrate Judge**