UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WADIE ISSAWI and HANAN ISSAWI,

    Plaintiffs,

v.

AMERICAN EDUCATION SERVICES and
SHELLY K. BOWMAN,

    Defendant.

Case No. 17-cv-532-JPG-RJD

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**DATED:  March 14, 2018**             **JUSTINE FLANAGAN, Acting Clerk of Court**

                                                    **s/Tina Gray, Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**